# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOEL B. ATTIA** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:20cv343-HSO-JCG** |
| | § | |
| **NVIDIA CORP., et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of April, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE